IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Filed
RECEIVED
HARRISBURG, PA
JAN 1 6 2013
MARY E. D'ANDREA, CLERK
Per _____

Francisco Barrios, §
　§
　　　　Petitioner §
　§
vs. § Civil Action#:_____
　§ Related Criminal Matter
United States of America, § 1:08-cr-218-04
　§
　　　　Respondent §
　§
　§

**MOTION TO VACATE, CORRECT OR SET ASIDE A SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255**

COMES NOW, Francisco Barrios, Petitioner and does MOVE this Honorable Court to enter it's Judgement and Order to vacate his sentence on the basis of egregious Sixth Amendment violations due to ineffectiveness of counsel and prosecutorial misconduct.

1.) Farncisco Barrios did not knowingly create, possess, distribute or conspire to distribute methamphetamine or any other controlled substance analogue. His conviction should be vacated pursuant to the decisions of **United States v. Hodge**, 321 F.3d 429 (2003) and under **Strickland v. Washington**, 466 U.S. 668.

2.) The purported methamphetamine did not contain a "detectable amount" of methamphetamine as required by 21 U.S.C. § 841(a) and Barrios conviction should be set aside per **United States v. Gori**, 324 F.3d 234 (2003).

3.) Francisco Barrios suffered a Sixth Amendment violation when his counsel failed to investigate leads, to call expert witnesses or to move for severance, and such actions prejudiced his substantial liberty interest.

4.) Francisco Barrios was prejudiced and the trial was tainted due to the perjured testimony of the governments star witness Anthony Pagan. The prosecutor failed to correct the record in violation of **Napue v. Illinios**, 360 U.S. 264, **Giglio v. United States**, 405 U.S. 150 and **Brady v. Maryland**, 373 U.S. 83 (1963.) Accordingly, this Court must vacate Barrios conviction.

5.) Barrios' trial was further "tainted" by improper admittance of a non-testifying codefendants statement in violation **Bruton v. United States**, 391 U.S. 123. As the proverbial bell was "rang", it cannot be "unrang" and Barrios conviction must be set aside to prevent manifest injustice.

6.) Francisco Barrios would have accepted a like plea in relation to his brothers plea had counsel not advised him to proceed to trial because he could not be convicted for fake methamphetamine. Subsequently, Barrios has suffered from incompetent advice and relief is available per **Lafler v. Cooper**, 566 US ____ 2012 and **Missouri v. Frye**, 566 US ____ 2012.

WHEREAS AND FOR GOOD CAUSE, Fransico Barrios PRAYS that this Court, upon consideration of this Motion and its accompanying Brief vacate his sentence or in the alternative order an evidentiary hearing to further develop the facts or any other relief that this Court may deem necessary. Dated this the 6th day of January, 2013.

*[signature]*

Francisco Barrios, Petitioner
Registration # 16087-067
FCI-ELKTON
P.O. Box 10
Lisbon, Ohio 44432

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Francisco Barrios, § § Petitioner § § vs. § § United States of America, § § Respondent § § § | Civil Action#:_____ Related Criminal Matter 1:08-cr-218-04 |

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, Francisco Barrios and MOVES this Honorable Court to grant his Motion to proceed in forma pauperis as he is truly indigent.

1.) The petitioner does not own any real property.

2.) The petitioner makes less than $600.00 dollars per year through the prison industries.

WHEREAS AND FOR GOOD CAUSE, Francisco Barrios PRAYS that this Court grant this Motion to proceed in forma pauperis along with any other relief that may be appropriate.

Dated this the 6th day of January, 2013.

Francisco Barrios, Petitioner
Registration # 16087-067
FCI-ELKTON
P.O. Box 10
Lisbon, Ohio 44432

(1 of 1)

NAME: Francisco Barrios
REG.# 16087-067
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, OH 44432

LEGAL MAIL

FILED
HARRISBURG, PA

JAN 16 2013

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk



1006    17108

⇔16087-067⇔
United States District Ct
Ronald Reagan Federal Bld
228 Walnut
Office of the Clerk
Harrisburg, PA 17108-9998
United States

USPS TRACKING NUMBER

9502 5104 8554 3011 3874 72

LEGAL MAIL

